## ADAMS v. THE STATE.

Appeal from Comanche county.

*Practice.*—Plea of former conviction is defective unless it sets out the record of the former conviction, and specifically alleges the identity of the person and offense. The plea not being excepted to however, the evidence offered in support of it, admitted without objection, will be considered as found in the statement of facts. In support of the plea it was proved at the same time and place, the defendant branded another animal, and the defense was that the two acts constituting but one offense, though the animals belonged to different owners, the conviction in one case operated as a bar to further prosecution. Such a rule applies to offenses of this character as well as to theft, and the court erred, first, in charging to constitute such defense the branding of the two must have been simultaneous, instantaneous acts; second, that if the animals belonged to different owners the defense would not avail; and third, in refusing a charge asked in harmony with the rule here announced. The State should not have been permitted to read in evidence the defendant's affidavits for attachments for certain witnesses wherein he set up a different defense, the defendant being an unwarned prisoner when he made it.

Opinion by Willson, J.